2003 OK 46

**In the Matter of the REINSTATEMENT OF Shala J. KLUTTS–ESPINA to Membership in the Oklahoma Bar Association and to the Roll of Attorneys.**

**SCBD No. 4767.**

Supreme Court of Oklahoma.

May 5, 2003.

### ORDER

The petitioner, Shala J. Klutts–Espina (Espina/attorney) was stricken from the roll of attorneys on May 12, 1997, after voluntarily resigning from the Oklahoma Bar Association. On December 3, 2002, the attorney petitioned this Court for reinstatement as a member of the Oklahoma Bar Association. On February 27, 2003, a hearing was held before the Trial Panel of the Professional Responsibility Tribunal and the tribunal recommended that the attorney be reinstated. Upon consideration of the matter, we find:

1) The attorney has met all the procedural requirements necessary for reinstatement in the Oklahoma Bar Association as set out in Rule 11, Rules Governing Disciplinary Proceedings, 5 O.S.2001, ch.1, app. 1–A.

2) The attorney has established by clear and convincing evidence that she has not engaged in the unauthorized practice of law in the State of Oklahoma.

3) The attorney has established by clear and convincing evidence that she possesses the competency and learning in the law required for reinstatement to the Oklahoma Bar Association.

4) The attorney has established by clear and convincing evidence that she possesses the good moral character which would entitle her to be reinstated to the Oklahoma Bar Association.

IT IS THEREFORE ORDERED that the petition of Shala J. Klutts–Espina for reinstatement be granted. The costs associated with these proceedings in the amount of $342.52 has been paid.

IT IS FURTHER ORDERED that the attorney pay her 2003 Bar Association dues within 30 days of the date of this order. Reinstatement is conditioned upon the attorney's payment of these dues.

All Justices Concur.